MARIE D. GAINES

*v.*

STATE OF ILLINOIS.

*Opinion filed December 22, 1916.*

FEES AND SALARIES—*B. A. Smith* v. *State ante followed.* This claim is governed by the decision of the Court in *B. A. Smith* v. *State, supra.*

E. I. Frankhauser, for Claimant.

P. J. Lucey, Attorney General, for State.

Claimant is seeking an award for services performed in connection with the Illinois State Board of Dental Examiners. The facts are practically the same as those in the case of *B. A .Smith* v. *State of Illinois,* in which case an opinion was filed at this term.

Our conclusions are the same and we therefore make an award in favor of claimant for $51.35.